Pro Se 1 (Rev 12/16) Complaint for a Civil Case

**FILED**
1/31/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
JAN 18 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SM

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

_____CIVIL__ Division

TYRRELL L. JONES EILAND )
)
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
Chris Cartwright- President, Transunion )
Peter Henn, CEO Mercedes Benz Financial Services )
USA LLC )
)
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

1:22-cv-00300
District Judge Martha M. Pacold
Magistrate Judge Jeffrey T. Gilbert
Random

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | TYRRELL L. JONES-EILAND |
| Street Address | 2041 SEVENTH AVENUE, APT 1B |
| City and County | NEW YORK, NEW YORK COUNTY |
| State and Zip Code | NEW YORK 10027 |
| Telephone Number | 9143443687 |
| E-mail Address | tyrrell.eiland@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mr. Chris Cartwright |
| Job or Title (if known) | President -Transunion |
| Street Address | 555 W. Adams Street |
| City and County | Chicago, COOK County |
| State and Zip Code | Illinois 60661 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Peter Henn |
| Job or Title (if known) | President-Chief Executive Officer MBFS USA LLC |
| Street Address | 35555 W. 12 Mile Road |
| City and County | Farmington Hills, OAKLAND COUNTY |
| State and Zip Code | Michigan 48331 |
| Telephone Number | (800) 654-6222 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Tom Stanley |
| Job or Title (if known) | President-General Manager MB Manhattan, Inc. |
| Street Address | 536 West 41 Street |
| City and County | New York, New York County |
| State and Zip Code | New York 10036 |
| Telephone Number | (212) 629-1600 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
42 U.S. Code 1983, 15 U.S.Code 1687a(f), 15 U.S. Code 1681

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
compensatory damages and actual losses exceeed the $75,000 threshold

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Transunion neglected to correct errors on plaintiff's credit report after supplemental information was submitted for negative trade lines to be removed. Transuion failed to verify negative information in a timely manner. Mercedes Benz used information furnished by Transunion and denied credit and refused to re evaluate credit decision based on documentation provided by plaintiff to support request.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Injunctive relief-correct credit report, delete unverified negative tradelines. Compensatory damages $750,000

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/28/2021

Signature of Plaintiff

Printed Name of Plaintiff: TYRRELL L. JONES-EILAND

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address