# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tyrrell L Jones Eiland

                            Plaintiff,

v.                                                       Case No.: 1:22−cv−00300

                                                           Honorable Martha M. Pacold

Trans Union, LLC, et al.

                            Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, April 27, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: On March 22, 2024, the court dismissed plaintiff's complaint and gave plaintiff until April 22, 2024 to file an amended complaint. See [45]; [46]. The court also warned plaintiff that if he failed to submit an amended complaint by the deadline, this action would be dismissed. See [46] at 2. The deadline has passed, and plaintiff has not filed an amended complaint. This action is therefore dismissed with prejudice for the reasons explained in the court's March 22, 2024 decision, [46]. Enter final judgment. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.