IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Tyrrell L. Jones Eiland,

Plaintiff(s),

v.

Trans Union, LLC, et al.,

Defendant(s).

Case No. 22-cv-300
Judge Martha M. Pacold

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of defendants Trans Union, LLC, Peter Henn, CEO Mercedes Benz Financial Services USA LLC and against plaintiff Tyrrell L. Jones Eiland.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Martha M. Pacold on a motion

Date: 4/27/2024                                  Thomas G. Bruton, Clerk of Court

                                                 /s/ Ruth O'Shea , Deputy Clerk